UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Thomas Fallen

                Plaintiff(s)

                v.

William J. Connolly, Superintendent, Fishkill Correctional Facility

                Defendants(s)
-----------------------------------------------------------------

****AMENDED***

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

08 CV 5872(SCR)(MDF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

**X** Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions:_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

* Do not check if already referred for general pretrial.

DATED:   White Plains, New York
7/17/08

SO ORDERED.

*Stephen C. Robinson*

United States District Judge
Stephen C. Robinson